FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 OCT -2 PM 2: 55

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

__Brenden Quesenberry__, Plaintiff

v.

__Aims Community College__,
__Susan Andersen__,
__Dee Schultz__,
__Ann Grotness__, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Brenden Quesenberry, 3770 W 24th St H26 Greeley, CO 80634
(Name and complete mailing address)

(970) 584-9167 (current), ques2213@bears.unco.edu
(Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Aims,* others, 5401 W 20th St. Greeley, CO 80634
(Name and complete mailing address)

(970) 330-8008, leah.bornstein@aims.edu
(Telephone number and e-mail address if known)

Defendant 2: Susan Andersen, 3192 Torch Lily St., Wellington, CO 80549
(Name and complete mailing address)

unverified, susan.andersen@aims.edu
(Telephone number and e-mail address if known)

*others are to be charged as well

### C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq.
(employment discrimination on the basis of race, color, religion, sex, or national origin)

✓ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

✓ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq.
(employment discrimination on the basis of age)

✓ Other: *(please specify)* All laws, ethics and standards

D.   **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Aims College discriminated and defamed myself</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

- ✓ failure to hire
- ✓ different terms and conditions of employment
- ✓ failure to promote
- ✓ failure to accommodate disability
- ✓ termination of employment
- ✓ retaliation
- ✓ other: (*please specify*) <u>Breach of Libel, Slander, OOJ, other, Harrassment, conspiracy, wrongful terminatio</u>

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

- ✓ race
- ✓ religion
- ✓ national origin
- ✓ age
- ✓ color
- ✓ sex
- ✓ disability

Supporting facts:

Ms. Andersen, my direct supervisor, sent a message explicitly stating that it wasn't important to her to follow and adhere to the Americans with Disabilities Act, precisely accomodations. However, she was very consistent in slandering myself around the office, and I was harmed due to the assault with special circumstances implied. Further, that attack was highly premeditated, and may be based on numerous other incentives

3

CLAIM TWO: <u>Aims rearranged the facts and hid the evidence</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

✓ failure to hire          ✓ different terms and conditions of employment

✓ failure to promote       ✓ failure to accommodate disability

✓ termination of employment  ✓ retaliation

✓ other: (*please specify*) <u>OOJ, Destruction of private property, Witness tampering, unfair practices, biased Conduct</u>

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

✓ race          ✓ religion       ✓ national origin      ___ age

✓ color         ✓ sex            ✓ disability

Supporting facts:

After Ms. Andersen assaulted myself, and I took a short visit to the ER room because of it, <u>I did not blame her.</u> In fact, I never brought that up in any way whatsoever around her. However, it wasn't too long after I came back that she began <u>incorrectly</u>, defiantly disgracing my work record for unknown precise reasons. However, I had documented, since the beginning of our workplace relationship, those encounters, so I was aware of the threat she posed to myself and the school. I rebutted with the evidence, but Ms. Schultz stated she had just simply vanished and could never be contacted again. Then, George Bielinski tried to fire me.

Click Here for Additional Claim

### E. ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

☑ Yes (*You must attach a copy of the administrative charge to this complaint*)

☐ No

Have you received a notice of right to sue? (*check one*)

☑ Yes (*You must attach a copy of the notice of right to sue to this complaint*)

☐ No

### F. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."* I'm legitimately, sufficiently and factually requesting justice be emphatically served to rectify all of these horrible incidents. In every appropriate way and in an ethical, humane mannerism.

### G. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

10/1/20
(Date)

(Revised December 2017)

5