**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03000-LTB-GPG

BRENDEN QUESENBERRY,

    Plaintiff,

v.

AIMS COMMUNITY COLLEGE,
SUSAN ANDERSEN,
DEE SCHULTZ, and
SARAH WYSCAVER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On March 15, 2021, Plaintiff filed a pleading titled, "Notice to Cease and Desist," ECF No. 49, which is correspondence between Plaintiff and Robin E. Hoogerhyde.  He also submitted two other documents on March 18, 2021, a letter to him from a representative of North Range Behavioral Health and Banner Health Authorization for Release of Medical Information forms   These filings are improperly submitted in this case.  The case was dismissed on February 24, 2021.  The filings are nonresponsive to any court order and will not be considered by the Court.

Dated:   March 19, 2021